UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS CLAY, | ) | No. CV 09-8634-AG (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| STEVE TREVINO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 31, 2012 _____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE